## No. 14,152.

### WEBSTER ET AL. *v.* MITCHELL.
(69 P. [2d] 1119)

Decided June 28, 1937. Rehearing denied July 12, 1937.

Judgment affirmed en banc without written opinion. Mr. Justice Holland not participating.

Mr. FANCHER SARCHET, for plaintiffs in error.

Mr. WALDO RIFFENBURG, for defendant in error.